ROWLAND BROTHERS v. R. J. MITCHELL & SON.

*Appeal, cause remanded.*

Where a transcript on appeal contains only the judgment of the court below, and shows no process or pleading, the cause will be remanded.

(*Weil* v. *Everitt,* 83 N. C., 685, cited and approved).

APPEAL from a judgment rendered at Fall Term, 1883, of GRANVILLE Superior Court, by *MacRae, J.*

The plaintiff appealed.

*Messrs. J. B. Batchelor* and *L. C. Edwards,* for plaintiff.
No counsel for defendant.

SMITH, C. J. The transcript of the record before us certified to be "fu ll and accurate," contains only the judgment rendered in the superior court, reciting that the case comes up on appeal from a justice's court, the case embodying the exceptions signed by the respective counsel, and the appeal undertaking.

There is no process, nor waiver, nor pleading by which we can see that the cause was properly constituted in the superior court, nor, except from the case, what was the subject of contention.

We cannot assume jurisdiction upon such a record, and must, according to the rules for such imperfections, remand the cause. *Weil* v. *Everitt*, 83 N. C., 685.